

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
05/29/2019

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CURTIS  COLE** | § | **CASE NO: 18-35182** |
| **Debtor(s)** | § | |
| | § | **CHAPTER  13** |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Curtis Cole's objection to the Internal Revenue Service's proof of claim is denied.

SIGNED **May 29, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE