

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/20/2020

| | | |
|---|---|---|
| IN RE: | § | |
| **CURTIS COLE** | § | CASE NO: 18-35182 |
| Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, the Court awards Baker & Associates fees and expenses of $32,608.84.

SIGNED **July 20, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE